■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK COWAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 11, 1974, convicting him of robbery in the second degree, grand larceny in the third degree and unauthorized use of a motor vehicle, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by deleting therefrom the conviction for grand larceny in the third degree and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. Inasmuch as defendant was convicted of robbery in the second degree, the conviction of grand larceny in the third degree, under the facts herein, must be reversed and the said count dismissed as an inclusory concurrent count. Martuscello, Acting P. J., Latham, Margett, Rabin and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK HALL, Also Known as FRED HALL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 20, 1975 (the date on the clerk's extract is August 5, 1975), convicting him of robbery in the second degree, upon his guilty plea, and imposing sentence. Judgment affirmed (see *People v Bryant*, 47 AD2d 51). Gulotta, P. J., Hopkins, Latham, Cohalan and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT THOMPSON, Appellant.—Judgment of the Supreme Court, Kings County, rendered October 27, 1975, affirmed. The case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, Acting P. J., Latham, Margett, Rabin and Hawkins, JJ., concur.